IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA, *ex rel.*
MAJOR CONTRACTING SERVICES,
INC.,

    Plaintiffs,

v.

MILITARY TRAINING SOLUTIONS,
LLC; BLU SITE SOLUTIONS OF
SAVANNAH, INC.; BLU SITE
SOLUTIONS OF ATLANTA, INC.; BLU
SITE SOLUTIONS OF NORTH
CAROLINA, INC. f/k/a TOI TOI OF
NORTH CAROLINA, INC.; and ADCO
HOLDINGS, INC.

    Defendants.

Civil Action No. 4:16-cv-115

## ORDER

Upon consideration of the United States' Stipulation of Dismissal, consistent with the terms of the respective settlement agreements executed between the Parties, all Counts against all named Defendants in this *qui tam* action are hereby DISMISSED. The Court directs the Clerk of Court to <u>unseal</u> the following filings:

a. Relator's Complaint (Doc. 1);

b. Motion to amend complaint (Doc. 12);

c. Stipulation of dismissal as to ADCO and proposed dismissal Order (Doc. 13);

d. Order granting motion to amend complaint (Doc. 14);

e. Amended complaint (Doc. 15);

f. Stipulation of dismissal as to all named Defendants and proposed Order (Doc. 21); and

g. All other matters occurring in this action after the date of this Order.

Dated: FEB. 23, 2018

_____
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA